PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

(69 South. 47)

No. 21348.

CITY OF NEW ORLEANS v. O'ROUKE.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; John J. Fogarty, Recorder.
W. J. O'Rouke was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

(69 South. 47)

No. 21342.

CITY OF NEW ORLEANS v. MALLU.

(June 11, 1915.)

Appeal from Second Recorder's Court of New Orleans; Ben P. Tiller, Recorder.
John Mallu was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket

of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

(69 South. 47)

No. 21339.

CITY OF NEW ORLEANS v. RICHTER.

(June 11, 1915.)

Appeal from Second Recorder's Court of New Orleans; Ben P. Tiller, Recorder.
Hy. Richter was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree

(69 South. 47)

No. 21269.

CITY OF NEW ORLEANS v. ROLFS.

(June 11, 1915.)

Appeal from First Recorder's Court of New Orleans; John J. Fogarty, Recorder.
H. W. Rolfs was convicted of violating an ordinance of the Board of Health of the City of New Orleans, and appeals. Reversed, and prosecution dismissed.

Benjamin W. Dart and Dart, Kernan & Dart, all of New Orleans, for appellant. W. L. Hughes, of New Orleans, for appellee.

PROVOSTY, J. For the reasons given in the case of City of New Orleans v. Miss M. Sanford et al., 69 South. 35,[1] No. 21357 of the docket of this court, this day decided, the judgment of the recorder's court is set aside, and this prosecution is dismissed.

O'NIELL, J., concurs in this decree.

[1] Ante, p. 628.